UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KEVIN BECKER,

                Plaintiff,

                                                ORDER
v.                                        07-CV-343

BUFFALO PUBLIC SCHOOLS,

                Defendant.

The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On February 15, 2013, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motion for summary judgment be granted in part and denied in part.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion for summary judgment is granted in part and denied in part.

The case is referred back to Magistrate Judge Schroeder for further proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: March 8, 2013